In the United States District Court

for the _____Eastern_____ District of ___Washington___

United States of America

v.

__MALEKA MAY FREEMAN__

FILED

OCT - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal No.

CR 07 0633

SI

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, __Maleka May Freeman__, defendant, have been informed that an __information__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ___guilty___ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the ___Northern___ District of ___California___ in which I __----------__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __3 October 2007__, ~~19~~ __ at __PHOENIX, ARIZONA__

_____
(Defendant)

_____
(Witness)

Mr. Paul K. Charlton
(Counsel for Defendant)

Approved

__[signature] Swanson, Acting USA for__
SCOTT N. SCHOOLS
United States Attorney for the
NORTHERN
_____ District of
California

__[signature] Thomas O. Rice, FAUSA
for USAttorney James McDevitt__
AUSA STEPHANIE J. LISTER
United States Attorney for the
__Eastern__ District of
__Washington__

FORM USA-153
SEP 82

1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   Stephanie J. Lister
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

RECEIVED

2007 OCT -4 P 2:42

U.S. ATTORNEY
SPOKANE, WA

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 04 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CR-07-6041-FVS

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )      INFORMATION
                           )
    vs.                    )      Vio:  18 U.S.C. § 1001
                           )            Making False Statements
MALEKA MAY FREEMAN,        )            To An Agency of the
                           )            United States
        Defendant.         )
                           )

True Copy
J. Larsen Clerk
[States] District Court
[E]. District of Washington
By /s/ _____
         Deputy Clerk

The United States Attorney Charges:

On or about March 29, 2006, through on or about May 4, 2007, in the Eastern District of Washington, and elsewhere, the Defendant, MALEKA MAY FREEMAN, did knowingly and willfully make material false statements to the United States Marshals Service, in violation of Title 18, United States Code, Section 1001, by stating that she did not know where her husband Kenneth Freeman was and by stating that she did not have any communication with Kenneth Freeman after he failed to appear for a scheduled court appearance on March 23, 2006 in Benton County Superior Court, in the Eastern District of Washington. In fact, Defendant, MALEKA MAY FREEMAN, had assisted Kenneth Freeman on or about March 23, 2006 in his interstate flight to avoid

INFORMATION - 1
may informationEDWA.wpd

1 | prosecution and had communicated with Kenneth Freeman after he failed to
2 | appear for a scheduled court appearance in the Eastern District of Washington, in
3 | violation of 18 U.S.C. § 1001.

5 | DATED this _____ day of October, 2007.

James A. McDevitt
United States Attorney

*Stephanie J. Lister* (signature)

Stephanie J. Lister
Assistant United States Attorney

INFORMATION - 2
may informationEDWA.wpd