SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     v. <br> MALEKA MAY <br>         Defendant. | No. CR-07-0333 VRW <br> [Filed May 29, 2007] |
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>     v. <br> MALEKA MAY <br>         Defendant. | No. CR-07-0633 SI <br> [Filed October 5, 2007] <br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION AND [~~PROPOSED~~] ORDER <br> (San Francisco Venue) |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent case, filed on October 5, 2007 (see Attachment) arises out of the same set of facts and involves the same defendant as

NOTICE OF RELATED CASES
U.S. v. MAY

1. the Indictment in case CR-07-0333 VRW. The charges involved in case CR-07-0633 SI were
2. originally filed in the Eastern District of Washington and then transferred to the Northern District
3. of California pursuant to F.R.C.P. 20. We anticipate that Maleka May, the defendant in both
4. cases, will plead guilty to charges involving both cases in a single proceeding on October 11,
5. 2007. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)
6. because they involve the same occurrences. Furthermore, the cases are related within the
7. meaning of Local Rule 8-1(b)(2) because if heard by separate judges they likely would involve
8. substantial duplication of labor by the two judges.
9.     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
10. assignment of these cases to a single judge is likely to conserve judicial resources and promote an
11. efficient determination of each action.

Date:  October 5, 2007                                 Respectfully Submitted,
                                                       SCOTT N. SCHOOLS

                                                       _____/s/_____
                                                       ALLISON MARSTON DANNER
                                                       Assistant United States Attorney

IT IS SO ORDERED.

Dated:  10/9/2007



NOTICE OF RELATED CASES
U.S. v. MAY                                            2