AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

Maleka May

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 0633 VRW

*FILED OCT 11 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

I, __Maleka May__, the above named defendant, who is accused of knowingly making a false statement to an agency of the United States in violation of 18 U.S.C. Section 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/11/2007__ prosecution by indictment and consent that the pro-
*Date*
ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*