01/23/2008 03:24 PM EDT                                                                 Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Case No. DCAN307CR000633     US V MAY

| 001 | MALEKA MAY | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611014793 | 2 | PR | 100.00 | 01/18/2008 |

Division Payment Total    100.00

Grand Total    100.00

$ 100.00  SPECIAL ASSESSMENT
PAID IN FULL
ON 1-18-08

CR 07-633 VRW

Page 1 of 1